Decided November 4, 1994

### STATE OF CONNECTICUT *v.* ADRIAN KING

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 781 (AC 12363), is granted, limited to the following issues:

"1. Under the circumstances of this case, was the Appellate Court correct in upholding the admissibility of the identification of the defendant at trial?

"2. Did the Appellate Court correctly conclude that the trial court properly denied the defendant's motion to sever the cases?"

The Supreme Court docket number is SC 15118.

*Marilyn B. Fagelson,* special public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided November 4, 1994